IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION – CINCINNATI

| | | |
|---|---|---|
| DAWN RACHEL SHEARER, | : | Case No. 1:19-cv-715 |
| Petitioner, | : | Judge Matthew W. McFarland |
| v. | : | |
| WARDEN, Dayton Correctional Institution, | : | |
| Respondent. | : | |

**ENTRY AND ORDER ADOPTING
REPORT AND RECOMMENDATIONS (Doc. 13)**

The Court has reviewed the Report and Recommendations of United States Magistrate Judge Michael R. Merz (Doc. 13), to whom this case is referred pursuant to 28 U.S.C. § 636(b).  Noting that no objections have been filed and the time for filing such objections under Fed. R. Civ. P. 72(b) has expired, the Court hereby **ADOPTS** said Report and Recommendations in its entirety.  Accordingly, this action is **DISMISSED** with prejudice.  Petitioner is **DENIED** any requested certificate of appealability and the Court hereby certifies to the United States Court of Appeals that an appeal would be objectively frivolous and therefore should not be permitted to proceed in forma pauperis.

**IT IS SO ORDERED.**

2

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO

By: */s/ Matthew W. McFarland*
JUDGE MATTHEW W. McFARLAND

2